EAST BATON ROUGE PARISH
C-714471
24
Filed Dec 28, 2021 2:18 PM
Deputy Clerk of Court

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NUMBER: _____                              DIVISION: _____

DEMARCUS NARCISSE and JASMINE NARCISSE

VERSUS

ALL WAYS TRANSPORTATION, LLC, PLATINUM TRANSPORT INSURANCE RRG, INC., and JOHN DOE

FILED: _____        _____
                                         DEPUTY CLERK

**PETITION FOR DAMAGES**

THE PETITION of DEMARCUS NARCISSE and JASMINE NARCISSE, both persons of the full age of majority and residents of Carencro, Louisiana respectfully represent that:

1(a).

Defendant, ALL WAYS TRANSPORTATION, LLC, is on information and belief a foreign business corporation authorized to do and doing business in this State. ALL WAYS TRANSPORTATION, LLC's registered office is located at 14632 Hunters Grove Avenue, El Paso, Texas.

1(b).

Defendant, PLATINUM TRANSPORT INSURANCE RRG, INC., is on information and belief a foreign insurance corporation authorized to do and actually doing business in the State of Louisiana and was on all dates pertinent herein the liability insurer of All Ways Transportation, LLC, and John Doe. Said insurer is made a party defendant herein under Louisiana Direct Action Statute LSA-R.S. 22:1269 et seq.

1(c).

Defendant, JOHN DOE, is upon information and belief a person of the full age of majority who, and at all times pertinent hereto, was the operator of the tractor-trailer involved in the collision forming the basis of this litigation.

2(a).

At the time of the subject incident, ALL WAYS TRANSPORTATION, LLC, was the employer of John Doe, who was acting in the course and scope of his employment with defendant;

1


Certified True and Correct Copy
CertID: 2021123000111


East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/30/2021 8:53 AM


EXHIBIT A

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

2(b).

Alternatively, JOHN DOE was the owner/operator of the tractor/trailer involved in the collision forming the basis of this litigation and did operate the tractor/trailer under the Federal Motor Carrier Safety Administration Motor Carrier Number (DOT or MC number) and operating authority of ALL WAYS TRANSPORTATION, LLC, who is responsible for the actions of JOHN DOE pursuant to the 49 CFR §390.5, as adopted by the State of Louisiana in 33 La. Admin. Code §10301, et seq.

2(c).

Defendant, ALL WAYS TRANSPORTATION, LLC, is liable to Plaintiffs individually and under the theory of *respondeat superior* under La. C.C. Art. 2320 and 49 CFR §390.5 (as adopted by the State of Louisiana), as employer of defendant, John Doe.

3.

Defendant, ALL WAYS TRANSPORTATION, LLC, PLATINUM TRANSPORT INSURANCE RRG, INC., and JOHN DOE, are liable jointly severally and *in solido* unto plaintiffs, DEMARCUS NARCISSE and JASMINE NARCISSE, in a reasonable compensatory sum, plus legal interest, and all costs of these proceedings for the following reasons to wit:

4.

On or about May 22, 2021, at approximately 3:20 PM, Jasmine Narcisse was riding with Demarcus Narcisse, who was operating a 2015 Ford F150 in an Easterly direction on Interstate 10 in East Baton Rouge Parish, LA, when suddenly and without warning the tractor trailer owned by All Ways Transportation, LLC and operated by its employee John Doe, who was in the course and scope of his employment with All Ways Transportation, LLC, changed lanes into the plaintiff's vehicle. While waiting for the police to arrive, John Doe indicated to the plaintiffs that he was unable to wait any longer, at which time he reentered the tractor trailer and left the scene of the accident.

5.

The proximate cause of the above described collision is the negligence of John Doe in the operation of the tractor trailer he was driving in a reckless and careless manner, failing to see what he should have seen, failing to maintain proper control, failing to apply brakes or take evasive action to avoid a collision, failing to act as a reasonable and prudent person under the

2


Certified True and Correct Copy
CertID: 2021123000111

Magan Harris
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/30/2021 8:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

circumstances, and such other actions or inactions as may be shown at the trial of this matter; and the negligence of All Ways Transportation, LLC, in failing to maintain the above described vehicle in a good and safe condition, in failing to keep said vehicle properly equipped with brakes and tires in a good and safe state of repair, in allowing John Doe to operate said vehicle with the knowledge that he was not a suitable person so to do, *respondeat superior*, and such other actions or inactions as may be shown at the trial of this matter.

6.

As a result of the above-described collision, plaintiff, Demarcus Narcisse, sustained severe injuries including but not limited to possible ruptured and/or herniated discs and nerve damage, as well as injuries to his bones, muscles and joints, organs and tissues among other component parts of his back, neck, hips, legs, feet, hands and other parts of his body. As a result thereof, plaintiff in the past and in the future will: require medicines, medical care, medical treatment, have to expend moneys and incur obligations for treatment and care, suffer agonizing aches, pains, and mental anguish, and be disabled from performing his usual duties, occupations and avocations.

7.

As a result of the above-described collision, plaintiff, Jasmine Narcisse, sustained severe injuries including but not limited to possible ruptured and/or herniated discs and nerve damage, as well as injuries to her bones, muscles and joints, organs and tissues among other component parts of her back, neck, hips, legs, feet, hands and other parts of his body. As a result thereof, plaintiff in the past and in the future will: require medicines, medical care, medical treatment, have to expend moneys and incur obligations for treatment and care, suffer agonizing aches, pains, and mental anguish, and be disabled from performing his usual duties, occupations and avocations.

WHEREFORE, plaintiffs, DEMARCUS NARCISSE and JASMINE NARCISSE, pray that defendants be cited and served with a copy of this Petition and after legal delays and due proceedings had there be judgment herein against defendants, ALL WAYS TRANSPORTATION, LLC, PLATINUM TRANSPORT INSURANCE RRG, INC., and JOHN DOE, jointly, severally and *in solido*, and in favor of plaintiffs, DEMARCUS NARCISSE and JASMINE NARCISSE, in

3



Certified True and Correct Copy
CertID: 2021123000111

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/30/2021 8:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

damages in a reasonable compensatory sum, together with legal interest, all costs of these proceedings, and for all general and equitable relief to which plaintiff may be entitled.

RESPECTFULLY SUBMITTED:

_____
LAWRENCE BLAKE JONES (7495)
JOSHUA L. RUBENSTEIN (25229)
PATRICK J. ESKEW (33815)
BLAKE JONES LAW FIRM, L.L.C.
701 Poydras Street, Suite 4100
New Orleans, Louisiana 70139
Telephone: (504) 525-4361
Facsimile: (504) 525-4380
jones@nola-law.com
jrubenstein@nola-law.com
pjc@nola-law.com

*Attorneys for Plaintiffs,*
*Demarcus Narcisse and Jasmine Narcisse*

**PLEASE PREPARE A CITATION FOR SERVICE UNDER THE LOUISIANA LONG ARM STATUTE ON THE FOLLOWING DEFENDANTS:**

1. Platinum Transport Insurance RRG, Inc.
   Through Its Agent:
   Scot Sterenberg
   745 Fort Street Mall
   Suite 1100
   Honolulu, HI 96813

2. All Ways Transportation, LLC
   Through Its Agent For Service:
   Corporate Service Center, Inc.
   5850 San Felipe St., Suite 500
   Houston, TX 77057

4

Certified True and Correct Copy
CertID: 2021123000111

Magan Harris
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/30/2021 8:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Dec 28, 2021 2:18 PM
Deputy Clerk of Court
C-714471
24

19ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NUMBER:                                                    DIVISION:

DEMARCUS NARCISSE and JASMINE NARCISSE

VERSUS

ALL WAYS TRANSPORTATION, LLC, PLATINUM TRANSPORT INSURANCE RRG, INC., and JOHN DOE

FILED:_____        _____
                                                            DEPUTY CLERK

## REQUEST FOR NOTICE

TO THE CLERK OF COURT of the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana,

Please take notice that Lawrence Blake Jones, Joshua L. Rubenstein, Patrick J. Eskew and the Blake Jones Law Firm, LLC, attorneys for Demarcus Narcisse and Jasmine Narcisse, request written notice of the date of trial of the above matter as well as notice of all hearings (whether on merits or otherwise), orders, judgments and interlocutory decrees and any and all formal steps taken by the parties herein, the Judges or any member of Court as provided in the Louisiana Code of Civil Procedure of 1960, particularly Articles 1572, 1913, and 1914.

RESPECTFULLY SUBMITTED:

_____
Lawrence Blake Jones (7495)
Joshua L. Rubenstein (25229)
Patrick J. Eskew (33815)
**BLAKE JONES LAW FIRM, LLC**
Hancock Whitney Center
701 Poydras Street, Suite 4100
New Orleans, Louisiana 70139
Phone: (504) 525-4361
jones@nola-law.com
jrubenstein@nola-law.com

*Attorneys for Plaintiffs-Demarcus Narcisse and Jasmine Narcisse*

1

Certified True and Correct Copy
CertID: 2021123000112

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/30/2021 8:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).